Atlanta–Inmate Mail, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Evanda Tyheim Buxton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Buxton's convictions and sentences are **AFFIRMED.**

**John W. MANN, Plaintiff–Appellant,**

**v.**

**Salvatore DAVIDE, et al., Defendants–Appellees.**

**No. 11–12201**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 21, 2012.

John W. Mann, Okeechobee, FL, pro se.

Salvatore Davide, Miami, FL, pro se.

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

John W. Mann appeals *pro se* the dismissal of his complaint of fraud, replevin, and conversion against Salvatore Davide, Jeffrey Feiler, William Troy, and Joan Schwartz. The district court dismissed Mann's complaint for lack of subject-matter jurisdiction. Fed.R.Civ.P. 12(b)(1). The district court ruled that the complaint failed either to state a claim arising under federal law, 28 U.S.C. § 1331, or to allege complete diversity of citizenship among the parties, *id.* § 1332(a), and Mann does not challenge that ruling. Mann complains that he was denied an opportunity to present his case, but he fails to explain how the district court had subject-matter jurisdiction over his case. As a result, we affirm the dismissal of Mann's complaint.

**AFFIRMED.**